FILED: **9/19/14**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID J. MALAND, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

CHANTEL DEAL,

    Plaintiff,

v.

BATTLIN' T'S BEER BARN, LLC,
and DON TAYLOR,

    Defendants.

C.A. NO.: 4:13-cv-00232-RC-ALM

_____/

## **STIPULATED JUDGMENT**

Pursuant to the Parties' Stipulation FOR Consent Judgment and Stipulation for Dismissal, Proposed Stipulated Judgment and Proposed Order (filed September 18, 2014), IT IS HEREBY ADJUDGED AND ORDERED that:

(1) JUDGMENT is entered against Defendants, DON TAYLOR, as an individual, and BATTLIN' T'S BEER BARN, LLC (collectively referred to as "Defendants"), jointly and severally, on Plaintiff's claims for unpaid overtime wages pursuant to the Fair Labor Standards Act of 1928, as amended, 29 U.S.C. § 201, *et seq.*

(2) Plaintiff, CHANTEL DEAL, shall recover from Defendants, jointly and severally, the amount of $10,000.00. This amount includes all unpaid overtime wages ($3,557.40), liquidated damages ($3,557.40), attorney's fees

and costs ($2,885.20 ), which is the entirety of the relief sought by Plaintiff on her claims herein.

(3) Except as specified in paragraph (2) above, no costs are awarded.

(4) Plaintiff is also awarded post-judgment interest of 0.25% compounded annually from the date of the entry of this Judgment until paid, on the unpaid wages and liquidated damages amounts for which Defendants are liable.

(5) This Judgment shall apply to and be binding upon the Parties and the successors and assignees of the Parties. No change in ownership or corporate status of BATTLIN' T'S BEER BARN, LLC shall in any way alter the responsibilities of Defendant, DON TAYLOR, under this Stipulated Judgment.

(6) Let execution issue forthwith.

SIGNED this 19 day of September, 2014.



DAVID J. MALANT
CLERK OF COURT